Stanley Wenz, administrator of the estate of John Steinert, deceased, appellee, v. Frank Oechslin, appellant. Gen. No. 25,237.

Action to recover for wrongful death of 10-year-old boy by being struck by motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

M. P. Cornelius, George R. Sanderson and Murphy O. Tate, for appellant; Manton Maverick, of counsel. Morse Ives and H. H. Patterson, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Wignall-Moore Company, defendant in error, v. Erie Railroad Company, plaintiff in error. Gen. No. 25,358.

Action to recover damages for injury to shipment of grapes, by delay and failure to safely carry same. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920.

Adams, Follansbee, Hawley & Shorey, for plaintiff in error; Mitchell D. Follansbee and John E. Gavin, of counsel. Charles A. Butler, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Samy Belfiore, alias Lucio Missina, plaintiff in error. Gen. No. 25,375.

Prosecution for drawing checks with intent to defraud. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed January 26, 1920.

Thomas E. Swanson, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

Christ Kairath, appellee, v. North American Brewing Company, appellant. Gen. No. 25,382.

Action to recover for work done in repair of wagon. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Winston & Lowy, for appellant. William J. Moore, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Frank Nikitas, plaintiff in error. Gen. No. 25,394.

Prosecution for receiving stolen property. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920.

Timothy J. Fell, for plaintiff in error; F. O. Floberg, of counsel. Maclay Hoyne, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.